### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SADRICK BEVARD JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-cv-0094-E-BW |
| | § | |
| GREGG COUNTY JUDICIAL COURTS, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court (ECF No. 6).

Accordingly, it is **ORDERED** that Plaintiff's complaint (ECF No. 3) is **DISMISSED without prejudice** for failure to prosecute under Fed. R. Civ. P. 41(b).

**SO ORDERED** this **April 29, 2026**.

Ada Brown
UNITED STATES DISTRICT JUDGE